UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BURTON W. WIAND, as Receiver for
HOWARD WAXENBERG TRADING L.L.C.,
HKW TRADING LLC, HKW TRADING
FUND I LLC,

          Plaintiff,

vs.

SEYMOUR TERRY,

          Defendant.
_____/

Lead Case No.: 8:06-CV-605-T-27MSS

Case Nos.: 8:06-CV-640-T-27MSS
8:06-CV-642-T-27MSS
8:06-CV-1048-T-27MSS
8:06-CV-1049-T-27MSS
8:06-CV-608-T-27MSS
8:06-CV-610-T-27MSS
8:06-CV-613-T-27MSS
8:06-CV-617-T-27MSS
8:06-CV-644-T-27MSS

## CONSOLIDATION ORDER

THIS CAUSE comes before the Court upon the Receiver's Motion to Consolidate (Case No. 05-cv-1856-T-27MSS, Dkt. 103), in which the Receiver moves for consolidation of all ancillary cases in this Receivership proceeding for the purpose of discovery and dispositive motions. As set forth, this motion is GRANTED IN PART.

Pursuant to Rule 42 of the Federal Rules of Civil Procedure, a district court may consolidate cases with common questions of law or fact. Fed. R. Civ. P. 42(a). A district court's decision to consolidate cases pursuant to Rule 42(a) "is purely discretionary." *Hendrix v. Raybestos-Manhattan, Inc.*, 776 F.2d 1492, 1495 (11th Cir. 1985). In evaluating whether to consolidate, the Court considers:

> [W]hether the specific risks of prejudice and possible confusion [are] overborne by the risk of inconsistent adjudications of common factual and legal issues, the burden on parties, witnesses and available judicial resources posed by multiple lawsuits, the length of time required to conclude multiple suits as against a single one, and the relative expense to all concerned of the single-trial, multiple-trial alternatives. *Id.* at 1495.

1

The Court finds that all factors weigh in favor of consolidation of these cases for pretrial matters. There exist common factual and legal issues, which, if adjudicated separately, risk inconsistent adjudications on dispositive motions. Additionally, the burden on the parties, this Court, and witnesses, as well as the length of time necessary to adjudicate these cases, will be reduced by consolidated proceedings for all pretrial matters, including dispositive motions.[1]

Accordingly, this Court finds that consolidation of the sixty-three ancillary cases listed in Exhibit A to this Order is appropriate for all pretrial proceedings. Four ancillary cases are not consolidated at this time: Case Nos.: 8:05-cv-1856-T-27MSS, 8:06-cv-1069-T-27MSS, 8:08-cv-726-T-27MSS, and 8:08-cv-728-T-27MSS. The sixty-three ancillary cases will be consolidated into eight Lead Cases, which are set for trial for consecutive trial terms between March 2009 and October 2009. A Case Management and Scheduling Order is issued contemporaneously in each of the Lead Cases and Case No. 05-cv-1856, which sets forth uniform pretrial deadlines for the sixty-three consolidated ancillary cases and Case No. 05-cv-1856.

It is therefore **ORDERED AND ADJUDGED:**

1)      **The above-captioned cases are hereby CONSOLIDATED. All filings shall be made in the lowest-numbered case, Lead Case No. 8:06-CV-605-T-27MSS, with the caption as styled above. The remaining above-captioned cases are ADMINISTRATIVELY CLOSED.**

2)      With respect to any motion, response, notice, or other filing of any kind, counsel representing more than one Defendant are limited to one filing for all Defendants whom counsel represents. In addition, Defendants' counsel are encouraged to file joint motions and responses or to adopt arguments by reference, in order to minimize repetition.

---

[1] As the Receiver has not moved for consolidation of the cases for trial, the Court reserves ruling on this issue.

3)    No extensions of the deadlines imposed by the Case Management and Scheduling

Order will be granted absent extraordinary circumstances.

   **DONE AND ORDERED** in chambers this _____11th_____ day of July, 2008.

                                **JAMES D. WHITTEMORE**
                                **United States District Judge**

Copies to:
Counsel of Record

3

## EXHIBIT A

### MARCH 2009 TRIAL TERM

| | Case No. | Trial Counsel |
|---|---|---|
| **1.** | **8:06-cv-614-T-27MSS** | Francis M. Curran |
| 2. | 8:06-cv-705-T-27MSS | |
| 3. | 8:06-cv-708-T-27MSS | |
| 4. | 8:06-cv-832-T-27MSS | |
| 5. | 8:06-cv-833-T-27MSS | |
| 6. | 8:06-cv-834-T-27MSS | |
| 7. | 8:06-cv-837-T-27MSS | |
| 8. | 8:06-cv-1075-T-27MSS | |

### APRIL 2009 TRIAL TERM

| | Case No. | Trial Counsel |
|---|---|---|
| **1.** | **8:06-cv-612-T-27MSS** | Thomas F. Munro |
| 2. | 8:06-cv-622-T-27MSS | |
| 3. | 8:06-cv-623-T-27MSS | |
| 4. | 8:06-cv-634-T-27MSS | |
| 5. | 8:06-cv-639-T-27MSS | |
| 6. | 8:06-cv-653-T-27MSS | |

### MAY 2009 TRIAL TERM

| | Case No. | Trial Counsel |
|---|---|---|
| **1.** | **8:06-cv-609-T-27MSS** | Guy F. Giberson |
| 2. | 8:06-cv-615-T-27MSS | |
| 3. | 8:06-cv-618-T-27MSS | |
| 4. | 8:06-cv-1070-T-27MSS | |
| 5. | 8:06-cv-1072-T-27MSS | |
| 6. | 8:08-cv-440-T-27MSS | |
| 7. | 8:06-cv-616-T-27MSS | Carl F. Schoeppl |
| 8. | 8:06-cv-698-T-27MSS | |

### JUNE 2009 TRIAL TERM

| | Case No. | Trial Counsel |
|---|---|---|
| **1.** | **8:06-cv-636-T-27MSS** | Harley E. Riedel |
| 2. | 8:06-cv-649-T-27MSS | |
| 3. | 8:06-cv-650-T-27MSS | |
| 4. | 8:06-cv-645-T-27MSS | Frederick S. Schrils |
| 5. | 8:06-cv-703-T-27MSS | |
| 6. | 8:06-cv-646-T-27MSS | Ronald H. Trybus |
| 7. | 8:06-cv-652-T-27MSS | |

4

## JULY 2009 TRIAL TERM

| | Case No. | Trial Counsel |
|---|---|---|
| 1. | **8:06-cv-638-T-27MSS** | David R. Chase |
| 2. | 8:06-cv-697-T-27MSS | |
| 3. | 8:06-cv-700-T-27MSS | |
| 4. | 8:06-cv-822-T-27MSS | |
| 5. | 8:06-cv-823-T-27MSS | |
| 6. | 8:06-cv-824-T-27MSS | |
| 7. | 8:06-cv-825-T-27MSS | |

## AUGUST 2009 TRIAL TERM

| | Case No. | Trial Counsel |
|---|---|---|
| 1. | **8:06-cv-605-T-27MSS** | Geoffrey S. Aaronson |
| 2. | 8:06-cv-640-T-27MSS | |
| 3. | 8:06-cv-642-T-27MSS | |
| 4. | 8:06-cv-1048-T-27MSS | |
| 5. | 8:06-cv-1049-T-27MSS | |
| 6. | 8:06-cv-608-T-27MSS | James D. Sallah |
| 7. | 8:06-cv-610-T-27MSS | |
| 8. | 8:06-cv-613-T-27MSS | |
| 9. | 8:06-cv-617-T-27MSS | |
| 10. | 8:06-cv-644-T-27MSS | |

## SEPTEMBER 2009 TRIAL TERM

| | Case No. | Trial Counsel |
|---|---|---|
| 1. | **8:06-cv-607-T-27MSS** | Marc B. Merklin |
| 2. | 8:06-cv-641-T-27MSS | |
| 3. | 8:06-cv-1073-T-27MSS | |
| 4. | 8:06-cv-631-T-27MSS | Susan P. Brown |
| 5. | 8:06-cv-643-T-27MSS | |
| 6. | 8:06-cv-648-T-27MSS | |
| 7. | 8:06-cv-699-T-27MSS | |

## OCTOBER 2009 TRIAL TERM

| | Case No. | Trial Counsel |
|---|---|---|
| 1. | **8:06-cv-606-T-27MSS** | Sara F. Holladay-Tobias |
| 2. | 8:06-cv-611-T-27MSS | Manuel Kushner |
| 3. | 8:06-cv-633-T-27MSS | Rhett Traband |
| 4. | 8:06-cv-647-T-27MSS | Kenneth J. Vianale |

| 5.  | 8:06-cv-696-T-27MSS  | Robert E. Goldman   |
|-----|----------------------|---------------------|
| 6.  | 8:06-cv-701-T-27MSS  | Stephanie H. Smith  |
| 7.  | 8:06-cv-706-T-27MSS  | Kenneth E. Aaron    |
| 8.  | 8:06-cv-831-T-27MSS  | Kristy Armada       |
| 9.  | 8:06-cv-1085-T-27MSS | Jon L. Swergold     |
| 10. | 8:06-cv-1092-T-27MSS | Dennis J. LeVine    |