## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**BURTON W. WIAND, as Receiver for
HOWARD WAXENBERG TRADING L.L.C.,
HKW TRADING LLC, HKW TRADING
FUND I LLC,**

        **Plaintiff,**

**vs.**                                                   **Case No. 8:06-CV-605-T-27TBM**

**SEYMOUR TERRY,**

        **Defendant.**
_____/

### ORDER OF DISMISSAL

    **BEFORE THE COURT** is the Receiver's Unopposed Motion for Dismissal with Prejudice (Dkt. 92). In accord with the unopposed motion, and settlement having been approved by the Court in *Securities and Exchange Commission v. HKW Trading, LLC, et al.* (Case No. 8:05-cv-1076-T-24TBM, Dkt. 226), it is **ORDERED AND ADJUDGED**:

    1)    The Receiver's Unopposed Motion for Dismissal with Prejudice (Dkt. 92) is **GRANTED**. This cause is **DISMISSED** with prejudice.

    2)    As this is a Lead Case in the consolidated ancillary cases, it shall remain open for administrative purposes only without affecting the finality of the settlement and dismissal of claims against Defendant.

    **DONE AND ORDERED** at Tampa, Florida, on this 12th day of January, 2009.

                               **JAMES D. WHITTEMORE**
                               **United States District Judge**

Copies to:
Counsel of Record